## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| J & J Sports Productions, Inc., | : |
| | : Case No. 3:18-cv-05625-BRM-DEA |
| Plaintiff | : |
| | : |
| v. | : |
| | : ORDER AND FINAL JUDGMENT BY |
| 89 Jersey Ave., LLC a/k/a | : DEFAULT |
| Garibaldi's Package Goods a/k/a | : |
| Garibaldi's Home Liquors d/b/a | : |
| D'Palace Bar; Steven Gomez | : |
| | : |
| Defendants | |

IT IS on this 5th day of December, 2019 that:

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff, J & J Sports Productions, Inc., is awarded judgment, jointly and severally, against Defendants, 89 Jersey Ave., LLC a/k/a Garibaldi's Package Goods a/k/a Garibaldi's Home Liquors d/b/a D'Palace Bar and Steven Gomez, in the total sum of $30,510.50, plus post-judgment interest pursuant to 29 U.S.C. § 1961, broken down as follows:

1. SIX THOUSAND DOLLARS ($6,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II); and

2. SIXTEEN THOUSAND DOLLARS ($16,000.00) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii); and

3. EIGHT THOUSAND FIVE HUNDRED TEN DOLLARS AND FIFTY CENTS ($8,510.50) for Plaintiff's Attorney's Fees and Costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii)

And it is further,

ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 54(b), there is no just reason for delay in this Default Judgment as the interests of justice require the issuance of judgment as requested without further delay.

_____
**BRIAN R. MARTINOTTI, U.S.D.J.**